E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | |
|---|---|
| Everett LEE Pack<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.<br>If the names of all the plaintiffs cannot fit in the space above,<br>please write "see attached" in the space and attach an additional<br>page with the full list of names.)*<br><br>-v-<br><br>Pennsylvania Department of Corrections<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the<br>names of all the defendants cannot fit in the space above, please<br>write "see attached" in the space and attach an additional page<br>with the full list of names. Do not include addresses here.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. _____<br><br>*(to be filled in by the Clerk's Office)* |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

The Clerk will not file a civil complaint unless the person seeking relief pays the entire filing fee (currently $350) and an administrative fee (currently $52) in advance, or the person applies for and is granted in forma pauperis status pursuant to 28 U.S.C. § 1915. A prisoner who seeks to proceed in forma pauperis must submit to the Clerk (1) a completed affidavit of poverty and (2) a copy of the trust fund account statement for the prisoner for the six month period immediately preceding the filing of the complaint, obtained from and certified as correct by the appropriate official of each prison at which the prisoner is or was confined for the preceding six months. See 28 U.S.C. § 1915(a)(2).

If the Judge enters an order granting a prisoner's application to proceed in forma pauperis, then the order will assess the filing fee (currently $350) against the prisoner and collect the fee by directing the agency having custody of the prisoner to deduct an initial partial filing fee equal to 20% of the greater of the average monthly deposits to the prison account or the average monthly balance in the prison account for the six-month period immediately preceding the filing of the complaint, as well as monthly installment payments equal to 20% of the preceding month's income credited to the account for each month that the balance of the account exceeds $10.00, until the entire filing fee has been paid. See 28 U.S.C. § 1915(b). A prisoner who is granted leave to proceed in forma pauperis is obligated to pay the entire filing fee regardless of the outcome of the proceeding, and is not entitled to the return of any payments made toward the fee.

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                                Everett LEE Pack

All other names by which
you have been known:

ID Number                           MA 5386

Current Institution                 S.C.I. Camp Hill

Address                             2500    Lisburn   Rd
                                    Camp Hill  Cumberland cty   PA      17001
                                             *City*              *State*      *Zip Code*

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
  Name                              Pennsylvania Department of Corrections
  Job or Title *(if known)*
  Shield Number                     2500 Lisburn Rd.
  Employer
  Address

                                    Camp Hill               PA          17001
                                             *City*              *State*      *Zip Code*

  ☐ Individual capacity   ☒ Official capacity

Defendant No. 2
  Name                              Officer Ramos ~~At SCI Path~~
  Job or Title *(if known)*         PA. DOC          (Denied Tray)
  Shield Number                     2500 Lisburn Rd
  Employer                          Camp Hill PA 17001
  Address

                                             *City*              *State*      *Zip Code*

  ☒ Individual capacity   ☒ Official capacity

IV Statement of Claim

B.) And walked off, I again told her that there is 5 witnesses to this and that I was going to write the grievance, She ignored me, I wrote the grievance, Placed it on the door for paperwork pickup on 11-2-25. The witnesses are, Pena QN 9692, Jones QQ 0385, Snyder NC 7071 Dorsey/Griffin KB 207 Garcia QP 3868. Fifteen minutes after I placed it on the door and it was picked up, The officers working the block, Sgt Bonilla conducted an investigative cell search on my cell, They placed me in a camera cell while the search was conducted, They said they found drugs in my cell but never wrote any confiscation slip for said drugs. I wrote a grievance about not being issued a confiscation slip, I won the grievance and on 12-17-25 they issued me a misconduct for said drugs, On 12-19-25 I had a hearing where they found me guilty of the drugs, At the hearing I presented evidence that there was no confiscation slip issued and that the chain of custody was violated and Due process was violated, I was found guilty anyway and sentenced to 30 days D.C. time eventhough the hearing examiner knew of the chain of custody and Due Process violations, Since then I have come to find out that the officers threw the grievance in the trash about the tray, I then re-wrote the grievance and they threw that one away also, They are and have been protecting one another like this consistently, So I have no way of seeking any relief on officer Ramos using food as a disciplinary action against me, When I was placed in the camera cell I recieved no mattress and no 709 to support not having a mattress (on camera) That is cruel and unusual punishment, when I was taken out of the camera cell and placed in D-18 cell I again recieved no mattress and no 709, Common practice. I am at thier mercy for food

and Mattresses. They violated my 1st amendment right to grieve a situation without consequences, Violation of 8th amendment of Cruel and Unusal punishment and the 14th amendment of them adhering to thier own Policy and Due Process. Please note that the grievance system is little more than a joke here. These people just trample any rights an inmate has and does whatever they want to people whenever they want. Also note that the grievance I wrote had an answer by date of 12-3-25 and it was NOT answered by that time nor did they ask for extension, and they only answered it after I told them it was going to be part of this lawsuit. I wrote to the grievance co ordinater not once but twice to inquire about it, And to ask about the original grievance for the food, All were ignored. They stonewall and lie about all of it. The amount of violations of Rights and of thier own policies is simply to much to write. It is truly taxing to ones Mental health and well being to be under such oppression so consistantly for so long. One can not even get through the grievance procedure all the way here, One is forced to sue to get any relief. Honestly I can go on and on with the violations But it is obvious they are wrong.

Everett Pack MA5386

*Note, I have the write up, And Sanctions Sheet and the grievance and grievance answer sheet

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

Defendant No. 3
    Name                       SGT Bonilla
    Job or Title *(if known)*   P.A. DoC               (Retaliated)
    Shield Number         2500 Lisburn Rd  (No confiscation slip)
    Employer             Camp Hill PA 17001
    Address

                             *City*            *State*        *Zip Code*
             ☒ Individual capacity    ☒ Official capacity

Defendant No. 4
    Name                       Officer Holzer
    Job or Title *(if known)*   P.A DoC
    Shield Number         2500 Lisburn Rd      (No confiscation Slip)
    Employer             Camp Hill PA 17001
    Address

                             *City*            *State*        *Zip Code*
             ☒ Individual capacity    ☒ Official capacity

**II.**   **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   1st amendment (Retaliation)  8th amendment (cruel + unusual Punishment) 14th amendment
                                                                 (Due Process, Not adhere to Policy

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

On 10-31-25 officer Ramos told me she was going to "burn" me for a meal because I was fishing on the tier. This happened in front of 5 witnesses and I told her if she did that, that I was going to write a grievance for using food as a disciplinary action, On 11-1-25 officer Ramas was passing out breakfast trays, she put my cells tray in the cell and slammed the wicket (see Attached Paper)

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

C.     What date and approximate time did the events giving rise to your claim(s) occur?

10-31-25 approx 10:30 AM, 11-1-25 approx 7am, 11-2-25 approx 5:30

D.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Officer Ramos used Food as A disciplinary action against me
Sgt Bonilla Retaliated on me for the Grievance writen on Ramos
They broke Doc Policy Procedure Protocol & Due Process.
I was forced to sleep no mattress multiple nights no 709
5 witnesses to all events, Pena QN 9692, Jones QQ 0385, Snyder NC 7071
                           Dorsey/Griffin NR 8207, Garcia QP 3868

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

These events have been a strain on my mental health from the stress of it all, and I have had to get my psych medication increased to deal with it all. Missing meals and not being able to sleep properly from no mattress and stress has led to weight loss. My mental health has suffered considerably wondering/worrying what they are going to do to me next is it going to be something worse. Are they going to get away with it. Why am I so helpless in this situation. The list goes on and on. They need to pay for this.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$250,000 (Two Hundred and Fifty Thousand dollars) The mental strain and having to increase my psych meds, And weight loss, The inflicted psycological warfare on me. Violated constitutional rights, Cruel and unusual Punishment. Retaliation, And Due Process violations, No one should be treated less than human and they do that on a daily bases, And get away with it unchecked. It's really sad how they treat people, I explained alot of this in my writen statement of claim. That paper is universal to this section.

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

S.C.I Camp Hill, P.A. DoC

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Retaliation, Food as Disciplinary action, adherance to DoC Policies Procedures, Due Process

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose
     concerning the facts relating to this complaint?

     ☒ Yes

     ☐ No

     If no, did you file a grievance about the events described in this complaint at any other jail, prison, or
     other correctional facility?

     ☐ Yes

     ☐ No

E.   If you did file a grievance:

     1.   Where did you file the grievance?

     SCI. Camp Hill. RHU. E-B-23 cell

     2.   What did you claim in your grievance?

     Used Food as a disciplinary action, Retaliation, Not adhereing to DOC
     Policy, Procedure, Protocol and Due Process

     3.   What was the result, if any?

     Threw said grievances away, Trying to hide them. Denied any relief
     This is common here at SCI Camp Hill, The officers just throw the grievance
     in the trash, Not filing it, By the time I realize the grievance copy with the
     number on it hasnt come back one is the time barred from filing. And the grievance
     coordinator also stone walls by rejecting so it can't be appealed

     4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If
          not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

     Appealed all The way to P.A. DOC. Central office
     Filed grievance Appealed to Facility manager, appealed to P.A. DOC
                                                        central office

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

_____

_____

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this
      action?

      ☐ Yes

      ☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is
      more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

      1.   Parties to the previous lawsuit
           Plaintiff(s) _____
           Defendant(s) _____

      2.   Court *(if federal court, name the district; if state court, name the county and State)*
           _____

      3.   Docket or index number
           _____

      4.   Name of Judge assigned to your case
           _____

      5.   Approximate date of filing lawsuit
           _____

      6.   Is the case still pending?
           ☐ Yes

           ☐ No

           If no, give the approximate date of disposition. _____

      7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered
           in your favor? Was the case appealed?)*

           _____
           _____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your
      imprisonment?

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

☐ Yes

☒ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
      Plaintiff(s)      _____
      Defendant(s)     _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

      _____

3.    Docket or index number

      _____

4.    Name of Judge assigned to your case

      _____

5.    Approximate date of filing lawsuit

      _____

6.    Is the case still pending?

      ☐ Yes

      ☐ No

      If no, give the approximate date of disposition

7.    What was the result of the case? *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

      _____

E.D.Pa. AO Pro Se 14 ( Rev. 01/21) Complaint for Violation of Civil Rights

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    12-30-25

Signature of Plaintiff    _Everett Pack_

Printed Name of Plaintiff    Everett Pack

Prison Identification #    MA 5386

Prison Address    S.C.I. Camp Hill, 2500 Lisburn Rd.

Camp Hill                        PA            17001
_____    _____    _____
City                                    State            Zip Code

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____    _____    _____
City                                    State            Zip Code

Telephone Number    _____

E-mail Address    _____



US POSTAGE

FIRST-CLASS MAIL
IMI $001.03 ²
quadient
01/05/2026 ZIP 17011
043M22207970

RECEIVED
JAN 12 2026

INMATE MAIL
PA DEPT. OF
CORRECTIONS

U.S. District Court
Clerk of Courts
2609 U.S. Courthouse
Philadelphia PA 19106

Stewart Conyn, PA DOC
SCI Camp Hill
Everett Rock MH5386
P.O. Box 33028
St. Petersburg, FL 33733

X-RAY
USMS

Legal Mail